IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Eason, Veronica E

Printed: 2/19/08

Case Number: 07 B 13127
Judge: Wedoff, Eugene R

Filed: 7/23/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 18, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 800.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 756.80 |
| Trustee Fee: |  | 43.20 |
| Other Funds: |  | 0.00 |
| Totals: | 800.00 | 800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,943.00 | 756.80 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 4. | Accredited Home Lenders | Secured | 0.00 | 0.00 |
| 5. | Accredited Home Lenders | Secured | 0.00 | 0.00 |
| 6. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 7. | Provincetown Improvement Assoc | Secured | 0.00 | 0.00 |
| 8. | Credit Acceptance Corp | Secured | 5,394.00 | 0.00 |
| 9. | HSBC Mortgage Services | Secured | 1,719.70 | 0.00 |
| 10. | America's Servicing Co | Secured | 16,447.76 | 0.00 |
| 11. | Illiana Financial Credit Union | Unsecured | 72.44 | 0.00 |
| 12. | Harrah Joliet Casino Hotel | Unsecured | 100.00 | 0.00 |
| 13. | Peoples Energy Corp | Unsecured | 382.32 | 0.00 |
| 14. | Monterey Financial Services | Unsecured | 16.04 | 0.00 |
| 15. | Commonwealth Edison | Unsecured | 56.22 | 0.00 |
| 16. | Crescent Recovery | Unsecured | 664.53 | 0.00 |
| 17. | City Of Chicago Dept Of Revenue | Unsecured | 554.00 | 0.00 |
| 18. | MCC Billing Dept | Unsecured | 75.42 | 0.00 |
| 19. | Alliance One | Unsecured | 5.60 | 0.00 |
| 20. | AmeriCash Loans, LLC | Unsecured | 92.09 | 0.00 |
| 21. | Sprint Nextel | Unsecured | 122.92 | 0.00 |
| 22. | 67th Street Currency Exchange | Unsecured | 299.50 | 0.00 |
| 23. | Americas Financial Choice Inc | Unsecured | | No Claim Filed |
| 24. | Brandy's Safe & Lock | Unsecured | | No Claim Filed |
| 25. | Americash Loans | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Eason, Veronica E | Case Number: 07 B 13127 |
| | | Judge: Wedoff, Eugene R |
| | Printed: 2/19/08 | Filed: 7/23/07 |

| | | | |
|---|---|---|---|
| 26. | Anderson Financial Network | Unsecured | No Claim Filed |
| 27. | Alfni Credit Agency | Unsecured | No Claim Filed |
| 28. | Biehl & Biehl | Unsecured | No Claim Filed |
| 29. | Comcast | Unsecured | No Claim Filed |
| 30. | Certegy Payment Recovery Services Inc | Unsecured | No Claim Filed |
| 31. | Cash Mart | Unsecured | No Claim Filed |
| 32. | Harris & Harris | Unsecured | No Claim Filed |
| 33. | H&R Block | Unsecured | No Claim Filed |
| 34. | Harris & Harris | Unsecured | No Claim Filed |
| 35. | Horseshoe Casino | Unsecured | No Claim Filed |
| 36. | Internal Revenue Service | Unsecured | No Claim Filed |
| 37. | Menards | Unsecured | No Claim Filed |
| 38. | Midwest Suburban Publishing Inc | Unsecured | No Claim Filed |
| 39. | JJ Marshall & Assoc | Unsecured | No Claim Filed |
| 40. | Payday Loan | Unsecured | No Claim Filed |
| 41. | United Compucredit Collection | Unsecured | No Claim Filed |
| 42. | TCF Bank | Unsecured | No Claim Filed |
| 43. | TeleCheck | Unsecured | No Claim Filed |
| 44. | Uptown Cash | Unsecured | No Claim Filed |
| 45. | Remax All Realty | Unsecured | No Claim Filed |
| 46. | Safeway | Unsecured | No Claim Filed |
| 47. | US Bank | Unsecured | No Claim Filed |

$ 29,945.54     $ 756.80

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 43.20 |

$ 43.20

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_